UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*William Wayman*<br>Case No. 7:20-cv-00149 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**JOINT STIPULATION REGARDING THE CALCULATION
OF PREJUDGMENT INTEREST UNDER COLORADO LAW**

For the purpose of calculating prejudgment interest under Colorado law, *see* Dkt. 196, the parties agree that prejudgment interest accrued at a rate of 8% per year, from an accrual date of October 30, 2019, based upon the jury's verdict.

Dated: May 19, 2022

Respectfully submitted,

/s/ Robert C. Brock
Robert C. "Mike" Brock
Kasdin M. Mitchell
KIRKLAND & ELLIS LLP
mike.brock@kirkland.com
kasdin.mitchell@kirkland.com
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991

Mark J. Nomellini
KIRKLAND & ELLIS LLP
mnomellini@kirkland.com
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000

/s/ David R. Buchanan
David R. Buchanan
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042741993
Caleb A. Seeley
(Admitted Pro Hac Vice)
NJ Bar No. 303522019
Maxwell H. Kelly
(Admitted Pro Hac Vice)
New Jersey State Bar No.177562019
SEEGER WEISS LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
dbuchanan@seegerweiss.com

1

| | |
|---|---|
| ***Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*** | Bryan F. Aylstock<br>Florida State Bar No. 078263<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street<br>Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>baylstock@awkolaw.com<br><br>***Counsel for Plaintiff William Wayman*** |

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 19, 2022 and served electronically on all counsel of record.

*/s/ Robert C. Brock*
Robert C. "Mike" Brock